USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN W. OUGHTRED,                    :      08 Civ. 3295 (SHS)

              Plaintiff,      :

      -against-                    :      ORDER

E*TRADE FINANCIAL CORPORATION, and   :
E*TRADE SECURITIES, LLC,
                                  :
              Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        By Order dated April 7, 2008, this Court set an initial pretrial conference in this

action to take place on May 30, 2008, at 11:00 a.m. in Courtroom 23A.

        On April 17, the parties submitted a proposed stipulation which adjourns, among

other deadlines, the time for defendants to move, answer or otherwise respond to the complaint

until 60 days after the filing and service of an amended complaint and a five month long briefing

schedule thereafter.  The Court is not prepared at this time to "So Order" that stipulation.

Accordingly,

        IT IS HEREBY ORDERED that the time for E*trade to move, answer or

otherwise respond to the complaint is adjourned *sine die*.  The time for the filing of an amended

complaint and an appropriate briefing schedule will be discussed at the initial pretrial conference

on May 30, 2008.

Dated: New York, New York
      April 17, 2008

                                  SO ORDERED:

                                  _____
                                  Sidney H. Stein, U.S.D.J.