```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN W. OUGHTRED,                           :       08 Civ. 3295 (SHS)

               Plaintiff,           :
                                                    **ORDER**
    -against-                              :

E*TRADE FINANCIAL CORPORATION, and          :
E*TRADE SECURITIES, LLC,

                                            :
               Defendants.
------------------------------------------------------------x

       The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, Nicolas Morgan, Perrie M. Weiner, and Gregg P. Zucker, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

       An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

       This Order confirms your appearances as counsel in this case, and it will be entered on the Court's docket. A notation of your admissions *pro hac vice* for the above listed case will be made on the roll of attorneys.

       The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: New York, New York
       May 12, 2008

                                                                 _____
                                                                The Honorable Sidney H. Stein
                                                                United States District Judge