Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. OUGHTRED, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> E*TRADE Financial Corporation and E*TRADE Securities LLC, <br><br> Defendants. | Civil Action No.: 08-cv-03295 <br><br> **PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*** <br><br> ELECTRONICALY FILED CASE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following two attorneys of the same firm:

    Applicants' Names: NORMAN E. SIEGEL and MATTHEW L. DAMERON
    Firm Name:        Stueve Siegel Hanson LLP
    Address:          460 Nichols Road, Suite 200
    City/State/Zip:   Kansas City, Missouri 64112
    Tel:                (816) 714-7170
    Fax:              (816) 714-7101

NORMAN E. SIEGEL is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Siegel in any State or Federal Court.

MATTHEW L. DAMERON is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Dameron in any State or Federal Court. Attached hereto as Exhibit A are original certificates of good standing for Mr. Siegel and Mr. Dameron from the U.S. District Court of Kansas and the Western District of Missouri.

Dated: May 29, 2008
New York, New York

                                                Respectfully submitted,

                                                Stephen A. Weiss (SW-3520)
                                                Christopher A. Seeger (CS-4880)
                                                SEEGER WEISS LLP
                                                One William Street
                                                New York, NY 10004
                                                (212) 584-0700 telephone
                                                (212) 584-0799 facsimile
                                                sweiss@seegerweiss.com
                                                cseeger@seegerweiss.com

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. OUGHTRED, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE Financial Corporation and E*TRADE Securities LLC,<br><br>Defendants. | Civil Action No.: 08-cv-03295<br><br>**AFFIDAVIT OF STEPHEN A. WEISS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** <br><br>ELECTRONICALY FILED CASE |

State of New York   )
                    )   ss:
County of New York  )

Stephen A. Weiss, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Seeger Weiss LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Norman E. Siegel and Matthew L. Dameron, of the firm Stueve Siegel Hanson LLP, as counsel *pro hac vice* to represent the Plaintiff in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1992. I am also admitted to the bar of the United States District Court for the Southern and Eastern District of New York, and am in good standing thereof.

3.   Norman E. Siegel is a partner of the law firm Stueve Siegel Hanson LLP.

4.   Matthew L. Dameron is an associate with the law firm Stueve Siegel Hanson LLP.

5.   Although I have known Norman Siegel and Matthew L. Dameron for a short time, I have known of their firm, Stueve Siegel Hanson LLP, for a considerably long period of time and can attest to Mr. Siegel's and Mr. Dameron's fine qualities as skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure.

6.   Accordingly, I am pleased to move the admission of Norman E. Siegel and Matthew L. Dameron, *pro hac vice*. A proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Norman E. Siegel and Matthew L. Dameron to represent the Plaintiff in the above captioned matter, be granted.

Dated: May 29, 2008
New York, New York

Respectfully submitted,

*/s/ Stephen A. Weiss/*
Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile

Sworn before me this
29th   day of May 2008

_____
NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 03-8082393 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2009

3

## CERTIFICATE OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On May 29, 2008 I cause a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to be served via U.S. Mail, with proper postage prepaid on all counsel of record at the following addresses:

Nicolas Morgan
Perrie M. Weiner
Joshua Samuel Sohn
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
(212) 335-4501

Representing E*Trade Financial Corporation, E*Trade Securities LLC

Perrie M. Weiner
Gregg P. Zucker
DLA Piper US LLP
1999 Avenue of the Stars
Suite 400
Los Angeles, CA 90067
(310) 595-3024
(310) 595-3324

Representing E*Trade Financial Corporation, E*Trade Securities LLC

Dated: May 29, 2008

_____
J. Daniel Mora

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )   SS. |
| **WESTERN DISTRICT OF MISSOURI** | ) |

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Norman E. Siegel was duly admitted to practice in said Court on October 8, 1993.

Norman E. Siegel is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on May 21, 2008

Patricia L. Brune, Clerk

By Alexandra Francis
Alexandra Francis, Deputy Clerk

:goodst.att

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF    KANSAS

## CERTIFICATE OF GOOD STANDING

I,    TIMOTHY M. O'BRIEN    , Clerk of this Court,

certify that    Norman E. Siegel    , Bar #    70354    ,

was duly admitted to practice in this Court on

    July 31, 1998    , and is in good standing
         *DATE*

as a member of the Bar of this Court.

Dated at    Kansas City, Kansas    on    May 22, 2008    .
         *LOCATION*                                        *DATE*

TIMOTHY M. O'BRIEN
*CLERK*


*DEPUTY CLERK*

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Matthew L. Dameron was duly admitted to practice in said Court on October 25, 2002.

Matthew L. Dameron is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on May 21, 2008

*Patricia L. Brune*
Patricia L. Brune, Clerk

By *Alexandra Francis*
Alexandra Francis, Deputy Clerk

:goodst.att

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ KANSAS _____

**CERTIFICATE OF
GOOD STANDING**

I, _____ TIMOTHY M. O'BRIEN _____, Clerk of this Court,

certify that __ Matthew L. Dameron __, Bar # __ 21071 __,

was duly admitted to practice in this Court on

_____ April 25, 2003 _____, and is in good standing
            DATE

as a member of the Bar of this Court.

Dated at ____ Kansas City, Kansas ____ on ____ May 22, 2008 ____.
                    LOCATION                              DATE


TIMOTHY M. O'BRIEN
       CLERK                                    DEPUTY CLERK

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. OUGHTRED, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE Financial Corporation and E*TRADE Securities LLC,<br><br>Defendants. | Civil Action No.: 08-cv-03295<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**<br><br>ELECTRONICALY FILED CASE |

Upon the motion of Stephen A. Weiss, attorney for plaintiff John W. Oughtred, and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> NORMAN E. SIEGEL & MATTHEW L. DAMERON
> Stueve Siegel Hanson
> 460 Nichols Road Suite, 200
> Kansas City, Missouri
> Email: siegel@stuevesiegel.com
>         mdameron@stuevesiegel.com

are admitted to practice *pro hac vice* as counsel for John W. Oughtred, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June \_\_\_\_\_, 2008

New York, New York

        By: _____
           United States District Court Judge