UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

JOHN W. OUGHTRED, Individually And On
Behalf Of All Others Similarly Situated

                              Plaintiff,

v.

E*TRADE FINANCIAL CORPORATION &
E*TRADE SECURITIES LLC,

                              Defendants.
------------------------------------- X

Case No. 1:08-CV-3295 (SHS)

**NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that upon the Declaration of Joshua S. Sohn, dated June 4, 2010, and all exhibits appended thereto, the accompanying memorandum of law and all other pleadings, submissions, and proceedings in this mater, Defendants E*TRADE Financial Corporation and E*TRADE Securities LLC, by their undersigned attorneys DLA Piper LLP (US), will move this Court, before the Honorable Sidney H. Stein, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the second amended class action complaint *with prejudice*, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York

June 4, 2010

DLA PIPER LLP (US)

By: /s/ Joshua Sohn
Joshua S. Sohn
Rachel A. Gupta
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500 (Telephone)
(212) 335-4501 (Facsimile)
joshua.sohn@dlapiper.com
rachel.gupta@dlapiper.com

and

Perrie M. Weiner (admitted *pro hac vice*)
Edward D. Totino
Nicolas Morgan (admitted *pro hac vice*)
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023
(310) 595-3000 (Telephone)
(310) 595-3300 (Facsimile)
perrie.weiner@dlapiper.com
edward.totino@dlapiper.com
nicolas.morgan@dlapiper.com

*Attorney for Defendants E*TRADE Financial Corporation and E*TRADE Securities LLC*

TO: Norman E. Siegal
Rachel E. Schwartz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100 (Telephone)
(816) 714-7101 (Facsimile)

and

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 (Telephone)
(212) 584-0799 (Facsimile)

*Attorneys for Plaintiffs*