

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN OUGHTRED, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, et al.<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Civil Action No. 08-CV-3295 (SHS)<br>(ECF Case) |

Notice is hereby given that Plaintiffs Roger Bresnahan and Srinivasan Murari, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Final Judgment (Doc. 66) entered in this action on March 31, 2011, pursuant to this Court's March 31, 2011, Opinion and Order (Doc. 64) granting Defendants' Motion to Dismiss in its entirety.

Pursuant to Local Rule 83.8, the parties (and the names and addresses of their respective attorneys) include:

Plaintiffs

Roger Bresnahan and Srinivasan Murari
Represented by:
Norman E. Siegel (*pro hac vice*)
Rachel E. Schwartz (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

Defendants

E*Trade Financial Corporation and
E*Trade Securities LLC
Represented by:
Joshua S. Sohn
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

192685

Date:   April 29, 2011                     Respectfully submitted,

_____
Norman E. Siegel (*pro hac vice*)
Rachel E. Schwartz (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

LEAD COUNSEL FOR PLAINTIFFS

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone:  (212) 584-0700
Facsimile:  (212) 584-0799

2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN W. OUGHTRED, Individually and on
Behalf of All Others Similarly Situated,
                      Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION &
E*TRADE SECURITIES LLC,
                      Defendants.
------------------------------------------------------------X

08 CIVIL 3295 (SHS)

**JUDGMENT**

Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on March 31, 2011, having rendered its Opinion and Order granting defendants' motion in its entirety, and dismissing the second amended complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2011, defendants' motion to dismiss is granted, and the second amended complaint is dismissed with prejudice.

Dated: New York, New York
       March 31, 2011

                                        RUBY J. KRAJICK
                                        _____
                                        **Clerk of Court**
            BY:
                                        _____
                                        **Deputy Clerk**

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON _____